IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH C. WEAVER, et al.,        No.  CIV.S-04-2678 MCE DAD

    Plaintiffs,

  v.                                ORDER

EL DORADO COUNTY SHERIFF'S
OFFICE, et al.,

    Defendants.
_____/

       This matter came before the court on May 13, 2005, for hearing on defendants' motion to compel answers to interrogatories and a response to their request for production of documents.  Mark A. Miller appeared on behalf of plaintiffs.  Franklin G. Gumpert appeared on behalf of defendants.

       Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that defendants' motion to compel is granted.  Defendants

1

1  also are awarded reasonable expenses incurred in bring their motion
2  in the amount of $752.50 to be paid by plaintiffs' counsel forthwith.
3  DATED: May 13, 2005.

                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1\orders.civil\weaver2678.oah