UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KENNETH C. WEAVER and
SHAWN C. WEAVER,

        Plaintiffs,

    v.

THE EL DORADO COUNTY
SHERIFF'S OFFICE; SHERIFF
JEFF NEVES; KEVIN PEBLEY;
STEVEN FULTON; and DOES 1
through 20, Inclusive,

        Defendants.

No. 2:04-cv-2678-MCE-DAD

ORDER

----oo0oo----

On May 12, 2206, counsel for Defendants Kevin Pebley and Steven Fulton filed so-called "Dispositive Motions" in this manner designed to exclude certain testimony from being introduced at trial. The Court's Pretrial (Status) Scheduling Order ("PTSO"), filed July 11, 2005, dictates that all "dispositive" motions "shall be heard no later than June 12, 2006." (PTSO, 4:15-17).

///

1

1  While the motions presently before the Court are set for hearing
2  on June 19, 2006, after that deadline, defense counsel asserts
3  that the PTSO should be modified in order to treat said motions
4  as having been timely made.  Defense attorney Gumpert argues
5  that the motions were noticed far enough in advance of May 12,
6  2006 so as to have properly been heard at that time, had June 12,
7  2006 been an available motion date on the Court's calendar, which
8  it is not.

9     Examination of the substance of the defense motions,
10 however, reveal that they are not "dispositive" motions subject
11 to the June 12, 2006 cutoff date in any event.  A dispositive
12 motion, by definition, is one that terminates claims made by a
13 party, either in whole or in part.  Motions requesting either
14 dismissal under Federal Rule of Civil Procedure 12, or summary
15 judgment under Rule 56, for example, are dispositive motions
16 since, if granted, they may conclude all or part of a lawsuit.
17 Here, on the other hand, defense counsel asks the court "to issue
18 orders precluding any expert witnesses from testifying on behalf
19 of Plaintiffs and preventing Plaintiffs from testifying as to
20 medical conditions, diagnoses, prognoses, causation or the
21 reasonableness of the costs of medical care."  Defs.' Mot., 10:5-
22 9.  Alternatively, Defendants ask that the Court preclude
23 "Plaintiffs' physicians from testifying except as to their
24 personal observations as percipient witnesses."  Id., 10:10-12.
25 By requesting exclusion of certain evidence prior to trial,
26 Defendants' motions must properly be considered as in limine
27 requests rather than dispositive motions.
28 ///

1    In Limine Motions will be scheduled for hearing in
2 accordance with the terms of the Final Pretrial Order, which will
3 be issued following the Final Pretrial Conference in this matter
4 now set for September 18, 2006.  Such motions are normally heard
5 one day prior to commencement of trial, presently set for October
6 18, 2006.  The Court will not entertain in limine motions prior
7 to that time, and the present motions are accordingly DENIED as
8 premature at this time, without prejudice.

10    IT IS SO ORDERED.

12 DATED: June 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE